FILED
January 12, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004007904

PATRICK RIAZI, SB# 224017
**LAW OFFICE OF PATRICK RIAZI**
1007 Seventh Street, Suite 203
Sacramento, California 95814
Telephone: (916) 442-8400
Facsimile: (916) 442-8444

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MUHAMMAD AHMED JAVED and RIFFAT JAVED<br><br>Debtors | **Case Number: 2011-49087**<br><br>**Docket Control No. PR-1**<br><br>**NOTICE OF MOTION BY DEBTOR FOR ORDER OF ABANDONMENT OF DEBTOR'S BUSINESS**<br><br>**Date: February 8, 2012**<br>**Time: 10:00 a.m.**<br>**Place: Dept. D/Courtroom 34** |

COMES NOW, debtor, MUHAMMAD AHMED JAVED, who moves the above-entitled Court for an Abandonment of Debtor's Businesses known as Quick Stop Smog & More and Moon Motors.

1. MUHAMMAD AHMED JAVED is the debtor in the above-named Chapter 7 case.

2.Debtor is the owner of two businesses known as Quick Stop Smog & More and Moon Motors both located at 3091 Marysville Blvd., Sacramento, California 95815.

3. Debtor, in Schedule B has listed the value of the Quick Stop Smog & More business

at $3,000.00, which includes the name and the goodwill of the business. Debtor in Schedule B has

listed the value of the equipment at $4,000, which includes an Emission Tester, Two Post Lifts, Four Post Lift, Lift Jack, Jack Stand, Fluid Flush Machine, Oil Drain Caddy, Computer, Emission Book, Office Desk, Chair and Filing Cabinet; all of which has been claimed exempt in the Debtor's Schedule C.

Debtor, in Schedule B has listed the value of the Moon Motors business as $1.00, which includes the goodwill and the business name. Debtor sells used cars and Debtor has listed all of the vehicles owned by the business in Schedule B. However, none of the vehicles has been claimed exempt in Debtor's Schedule C and the 2002 Nissan Pathfinder has been partially exempted.

4. Debtor has 1 full-time employee and is paying a mortgage on the property.

5. As of the date of this Motion, the duly appointed Trustee, Alan Fukushima, has not administered such business or the property of such business.

6. Debtor asserts that the businesses known as Quick Stop Smog & More and Moon Motors are therefore of inconsequential value to the estate in that there is no equity in such property in excess of the Debtor's exemptions, except for the vehicles not exempt in Schedule B.

7. Debtor asserts that the obtaining of an Order of Abandonment is in his best interests as it will allow the debtor to protect the business and the property of the business.

WHEREFORE, Debtor request the following relief:

1. An Order of Abandonment of Debtor's interest in the businesses known as Quick Stop Smog & More and Moon Motors;

2. Such other and further relief as the Court deems just and proper.

Dated: January 12, 2012                  /s/
                                         **PATRICK RIAZI**
                                         Attorney for Debtor

Debtor's Motion for Abandonment
of Debtor's Business                     2